IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR REMSHA
3 Hilton Road
Port Washington, NY 11050,

       Plaintiff,

  vs.

OFFICE OF THE COMPTROLLER OF
THE CURRENCY
400 Seventh Street, SW
Washington, DC 20219,

       Defendant.

Civil Action No. 25-4265 (RBW)

## JOINT STATUS REPORT

As directed by the Court's January 21, 2026 Minute Order, Plaintiff Viktor Remsha and Defendant Office of the Comptroller of the Currency ("Office", and together with Remsha, the "Parties") jointly report:

1. On December 8, 2025, Plaintiff filed the Complaint in the present action.

2. On January 15, 2025, the Office transmitted its first production of documents to Plaintiff, including 756 pages in full, 21 pages in part, and 7 pages withheld in their entirety based on four FOIA exemptions: 5 U.S.C. 552(b)(4) and 12 C.F.R. 4.12(b)(4); 5 U.S.C. 552(b)(5) and 12 C.F.R. 4.12(b)(5); 5 U.S.C. 552(b)(6) and 12 C.F.R. 4.12(b)(6); and 5 U.S.C. 552 (b)(8) and 12 C.F.R. 4.12(b)(8).

3. On January 21, 2026, the Office filed its Answer.

4. On January 26, 2026, the Office transmitted a revised copy of one page of a record from the first production, amending clerical errors.

5. The Parties met on January 29, 2026 and February 12, 2026 to confer regarding the continued production of documents.

6.   The Office anticipates making an additional production of documents, the Parties anticipate that one or more additional meet and confer sessions following that production may aid in resolving any issues in dispute, the Office anticipates it will disclose a Vaughn Index to Plaintiff thereafter, and the Parties anticipate they will propose a summary judgment briefing schedule if the Parties cannot resolve this matter on their own.

7.   Accordingly, the Parties respectfully propose that the Court allow the Parties to file another Joint Status Report in 30 days, on March 20, 2026.

Dated: February 18, 2026                                   Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH

/s/ Charles A. Munn
Charles A. Munn
James W. Orth
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Phone: (704) 417-3014
Fax:    (704) 377-4814
charles.munn@nelsonmullins.com
james.orth@nelsonmullins.com

*Attorneys for Plaintiff Viktor Remsha*

ADAM J. COHEN, D.C. Bar #1619684
   Senior Deputy Comptroller and Chief Counsel
BRIAN P. HUDAK, D.C. Bar #90034769
   Deputy Chief Counsel
PETER C. KOCH
   Director for Litigation

/s/ Lee Perla
LEE PERLA, D.C. Bar #980234
Office of the Comptroller of the Currency
400 Seventh Street, SW, Mail Stop 9E-11
Washington, DC 20219
Phone: (202) 649-5080
lee.perla@occ.treas.gov

*Attorneys for Defendant Office of the Comptroller of the Currency*